COM.

v.

**MCKEEVER, V.**

**754 WDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–02–MD–0000711–2016 (Allegheny)

Appeal Dismissed

DEBONIS, S.

v.

**GEORGE, G.**

**907 WDA 2016**

Superior Court of Pennsylvania.

05/26/2017

2011–156 (Mercer)

Affirmed

COM.

v.

**SISCO, J.**

**987 WDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–33–CR–0000402–2012 (Jefferson)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**MCKELVIN, D.**

**1335 WDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–65–CR–0002790–2015 (Westmoreland)

Affirmed

COM.

v.

**ROSE, R.**

**1447 WDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–25–CR–0003092–2004 (Erie)

Quashed

DUNCAN, K.

v.

**DUNCAN, L.**

**1521 WDA 2016**

Superior Court of Pennsylvania.

05/26/2017

2012 GN 3536 (Blair)

Affirmed